[No. 7280–3–I.   Division One.   March 10, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. CLAYTON
DALE JOHNS, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 87144, Stephen M. Reilly, J., entered
December 19, 1978. *Affirmed* by unpublished opinion per
Andersen, J., concurred in by Callow, C.J., and Durham–
Divelbiss, J.

[No. 7349–4–I.   Division One.   March 10, 1980.]

JOHN W. FLYNN, ET AL, *Respondents,* v. LARRY R.
WOOLSEY, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 847981, William C. Goodloe, J., entered Sep-
tember 29, 1978. *Reversed* and *remanded* by unpublished
opinion per Swanson, J., concurred in by Ringold and
Durham–Divelbiss, JJ.

[No. 3062–8–III.   Division Three.   March 11, 1980.]

ALBERT ROCKSTROM, *Appellant,* v. E & C CONSTRUCTION
COMPANY, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for
Yakima County, No. 60075, Bruce P. Hanson, J., entered
August 31, 1978. *Reversed* by unpublished opinion per
McInturff, J., concurred in by Munson and Roe, JJ.

[No. 3194–2–III.   Division Three.   March 11, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. SCOTT GLEN
CHILCUTT, *Appellant.*

Appeal from a judgment of the Superior Court for
Yakima County, No. 78–1–00375–9, Carl L. Loy, J., entered
December 1, 1978. *Affirmed* by unpublished opinion per
Roe, J., concurred in by Munson and McInturff, JJ.